IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FANNIE MAE,

*Plaintiff*,

v.

KPMG LLP,

*Defendant*.

No. 1:06-cv-02111 (RJL)

## NOTICE OF APPEARANCE OF HENRY C. WHITAKER

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for KPMG LLP.

Dated: December 15, 2006

    Respectfully submitted,

    /s/ Henry C. Whitaker
    Henry C. Whitaker (D.C. Bar No. 499210)
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C.  20036
    Telephone: (202) 955-8500
    Facsimile: (202) 467-0539

    *Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted on December 14, 2006, to the following counsel registered to receive electronic service:

Jerome L. Epstein
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C. 20005
*Counsel for Fannie Mae*

                                              /s/ Henry C. Whitaker
                                              Henry C. Whitaker