IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FANNIE MAE,<br><br>*Plaintiff*,<br><br>v.<br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

## MOTION TO ESTABLISH BRIEFING SCHEDULE
## FOR MOTION TO DISMISS

KPMG has consulted with Fannie Mae and the parties have agreed to the following briefing schedule on KPMG's motion to dismiss in this action:

KPMG will file its motion to dismiss on or before February 16, 2007;

Fannie Mae will file an opposition on or before April 4, 2007;

KPMG will file a reply memorandum on or before April 25, 2007.

A proposed order is attached for the Court's consideration.

Dated: December 15, 2006

                                                Respectfully submitted,

                                                /s/ Andrew S. Tulumello
                                                F. Joseph Warin (D.C. Bar No. 235978)
                                                Andrew S. Tulumello (D.C. Bar. No. 468351)
                                                Melanie L. Katsur (D.C. Bar No. 484969)
                                                Henry C. Whitaker (D.C. Bar No. 499210)
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, D.C.  20036
                                                Telephone: (202) 955-8500
                                                Facsimile: (202) 467-0539

                                                *Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused copies of the foregoing to be transmitted on December 15, 2006, to the following counsel registered to receive electronic service:

Jerome L. Epstein
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C. 20005
*Counsel for Fannie Mae*

                                        /s/ Henry C. Whitaker
                                        Henry C. Whitaker

<b>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA</b>

FANNIE MAE,

*Plaintiff*,

v.

KPMG LLP,

*Defendant*.

No. 1:06-cv-02111 (RJL)

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE<br>FOR KPMG LLP'S MOTION TO DISMISS**

It is ORDERED that KPMG LLP shall file its motion to dismiss this action on or before February 16, 2007; Fannie Mae shall file its opposition on or before April 4, 2007; and KPMG shall file its reply memorandum on or before April 25, 2007.

Dated:                                                    _____
                                                          Richard J. Leon, U.S. District Judge