AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fannie Mae

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER  06-2111

KPMG, LLP

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jerome L. Epstein__ as counsel in this
                                  (Attorney's Name)

case for:  Fannie Mae
                (Name of party or parties)

1/4/07
Date

_(signature)_
Signature

412824
BAR IDENTIFICATION

Jerome L. Epstein
Print Name

Jenner & Block LLP, 601 13th Street NW
Address

Washington, DC    20005
City       State       Zip Code

202-639-6062
Phone Number