### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FANNIE MAE,

    *Plaintiff*,

v.

KPMG LLP,

    *Defendant*.

No. 1:06-cv-02111 (RJL)

### NOTICE OF APPEARANCE OF CLAUDIA M. OSORIO

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 27th day of February 2007.

    /s/ Claudia M. Osorio
    Claudia M. Osorio (D.C. Bar No. 477594)
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue N.W.
    Washington, D.C.  20036
    Telephone: (202) 955-8500
    Facsimile: (202) 467-0539

    *Counsel for KPMG LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted on February 27, 2007, to the following counsel registered to receive electronic service:

Jerome L. Epstein
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C. 20005
*Counsel for Fannie Mae*

                              /s/ Claudia M. Osorio
                              Claudia M. Osorio