## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FANNIE MAE,

*Plaintiff*,

v.

KPMG LLP,

*Defendant*.

No. 1:06-cv-02111 (RJL)

**UNOPPOSED MOTION OF KPMG LLP TO EXTEND THE TIME
WITHIN WHICH TO FILE KPMG'S REPLY MEMORANDUM IN
FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Defendant KPMG LLP respectfully requests a seven-day extension of time within which

to file its reply memorandum in further support of its motion to dismiss Fannie Mae's complaint.

With the extension, KPMG's reply memorandum would be due on or before May 2, 2007.

KPMG has consulted with Fannie Mae, and Fannie Mae does not oppose this motion.

Dated:  April 23, 2007

  /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Osorio (D.C. Bar. No. 477594)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused copies of the foregoing to be transmitted on April 23, 2007,

to the following counsel registered to receive electronic service:

Jerome L. Epstein
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C.  20005
*Counsel for Fannie Mae*

 /s/ Henry C. Whitaker
Henry C. Whitaker

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FANNIE MAE,

*Plaintiff*,

v.

KPMG LLP,

*Defendant*.

No. 1:06-cv-02111 (RJL)

**[PROPOSED] ORDER GRANTING DEFENDANT KPMG LLP'S**
**MOTION TO EXTEND THE TIME WITHIN WHICH TO FILE KPMG'S**
**REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

It is ORDERED that KPMG LLP's unopposed motion for a seven-day extension of time

within which to file its reply memorandum in support of its motion to dismiss Fannie Mae's

complaint in this action is GRANTED.  KPMG shall file its reply memorandum on or before

May 2, 2007.

_____

Dated:                                                    Richard J. Leon, U.S. District Judge