AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fannie Mae )
                                          )
         Plaintiff(s)                     )    **APPEARANCE**
                                          )
                                          )
         vs.                              )    CASE NUMBER   06-2111
KPMG, LLP                                 )
                                          )
         Defendant(s)                     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Ian Heath Gershengorn   as counsel in this
                                (Attorney's Name)

case for:  Fannie Mae
           (Name of party or parties)

4/25/07

Date

448475

BAR IDENTIFICATION

_____
Signature

Ian Heath Gershengorn
Print Name

Jenner & Block LLP, 601 13th Street NW
Address

Washington, DC    20005
City          State        Zip Code

202-639-6083
Phone Number