IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FANNIE MAE,<br><br>*Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

**CONSENT MOTION TO RESCHEDULE HEARING DATE**

Defendant KPMG LLP, with the consent and agreement of Fannie Mae, respectfully requests that the hearing on KPMG's Motion to Dismiss and Motion to Consolidate, currently scheduled for May 25, 2007, be rescheduled due to a conflict that KPMG's counsel has on the scheduled date. KPMG and Fannie Mae have conferred, and request that the Court reschedule the hearing for either the morning of May 29, any time May 30 or June 8, 2007, following the Court's status conference.

A proposed order is attached.

Dated: May 17, 2007

Respectfully submitted,

　/s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused electronic copies of the foregoing to be transmitted on May 17, 2007, to the following counsel registered to receive electronic service through the CM/ECF system:

> Jerome L. Epstein
> Ian H. Gershengorn
> Jenner & Block LLP
> 601 13th Street, N.W.
> Washington, D.C.  20005
> *Counsel for Fannie Mae*

/s/ Melanie L. Katsur
Melanie L. Katsur

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FANNIE MAE,<br><br>*Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

**[PROPOSED] ORDER GRANTING DEFENDANT KPMG LLP'S CONSENT MOTION TO RESCHEDULE HEARING DATE**

KPMG LLP's consent motion to reschedule the hearing date for KPMG's Motion to Dismiss and Motion to Consolidate is GRANTED. The hearing is rescheduled for _____.

IT IS SO ORDERED on this ____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE