AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fannie Mae

        Plaintiff(s)            )   **APPEARANCE**
                                      )
                                      )
        vs.                     )   CASE NUMBER   06-2111
KPMG, LLP                             )
                                      )
        Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David W. DeBruin  as counsel in this
                                    (Attorney's Name)

case for:  Fannie Mae
          (Name of party or parties)

6/14/2007  
Date

*[signature: David W. DeBruin]*  
Signature

337626  
BAR IDENTIFICATION

David W. DeBruin  
Print Name

Jenner & Block LLP, 601 13th Street NW  
Address

Washington, DC   20005  
City        State       Zip Code

202-639-6015  
Phone Number