IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FANNIE MAE,<br>      *Plaintiff*,<br>v.<br>KPMG LLP,<br>      *Defendant*. | No. 1:06CV02111 (RJL)<br><br>UNOPPOSED MOTION<br>FOR EXTENSION OF TIME |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant KPMG LLP respectfully requests an extension of time within which to file its answer to Fannie Mae's Complaint and Jury Demand. KPMG seeks an extension from June 27, 2007 to and including July 11, 2007. Fannie Mae does not oppose this extension request. A proposed order is attached.

Dated: June 26, 2007

Respectfully submitted,

 /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Osorio (D.C. Bar No. 477594)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
*Counsel for KPMG LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FANNIE MAE,<br><br>    *Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>    *Defendant*. | No. 1:06CV02111 (RJL)<br><br>[PROPOSED] ORDER |

## **[PROPOSED] ORDER**

The Court hereby GRANTS the Unopposed Motion for Extension of Time and ORDERS that KPMG LLP shall file its answer on or before July 11, 2007.

IT IS SO ORDERED on this _____ day of June, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I caused electronic copies of Defendant KPMG LLP's Unopposed Motion for Extension of Time to be transmitted on June 26, 2007, to the following counsel registered to receive electronic service:

David W. DeBruin
Jerome L. Epstein
Ian Heath Gershengorn
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C. 20005
*Counsel for Fannie Mae*

    /s/ Claudia M. Osorio
Claudia M. Osorio