IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae, ) ) ) *Plaintiff*, ) vs. ) ) KPMG LLP, ) *Defendant*. ) ) | Case No. 1:06CV02111 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Jerome L. Epstein hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting Ronald L. Marmer, to the Bar of this Court, *pro hac vice*, for the purpose of representing Fannie Mae in the above-captioned case.

Mr. Marmer is a member of good standing of the Bars of the State of Illinois and the State of New York, and he has not been admitted *pro hoc vice* to the practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Marmer *pro hac vice* in the above captioned case. A proposed order is attached.

Respectfully submitted,

**ON BEHALF OF FANNIE MAE**


　　　/s/ Jerome L. Epstein

JENNER & BLOCK LLP

Jerome L. Epstein (DC Bar #412824)
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, D.C. 20005
202-639-6062 (voice)
202-639-6066 (fax)
jepstein@jenner.com

Ronald L. Marmer
Jenner & Block LLP
330 N. Wabash Avenue
Suite 4400
Chicago, Illinois  60611-7603
(312) 923-2688 (phone)
(312) 840-7688 (facsimile)

Counsel for Fannie Mae

DATED:  July 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Fannie Mae,<br>    *Plaintiff,*<br>vs.<br>KPMG LLP,<br>    *Defendant.* | Case No. 1:06CV02111 |

### DECLARATION OF RONALD L. MARMER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Ronald Marmer, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Ronald L. Marmer.

2. I am a partner with Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois 60611-7603. My office phone number is (312) 923-2688.

3. I am a member of the Illinois Bar and the New York Bar and the following federal Bars: U.S. Supreme Court, U.S. Court of Appeals for the Second, Sixth, Seventh, and Ninth Circuits, and the U.S. District Courts for the Northern District of Illinois, Eastern District of Michigan, Southern District of New York, and Eastern District of New York.

4. I certify that I am a member in good standing of the Illinois Bar and the New York Bar and the above-listed federal Bars, and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

                      SO SAYETH THE DECLARANT

*[signature]*

Ronald L. Marmer
Jenner & Block LLP
330 N. Wabash Avenue
Suite 4400
Chicago, Illinois  60611-7603
(312) 923-2688 (phone)
(312) 840-7688 (facsimile)

Counsel for Fannie Mae

DATED:  July 6, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
                                        )
Fannie Mae,                             )    Case No. 1:06CV02111
    *Plaintiff,*                          )
                                        )
vs.                                     )
                                        )
KPMG LLP,                               )
    *Defendant.*                          )
_____)

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Ronald L. Marmer attached thereto filed July 9, 2007, it is hereby:

**ORDERED**, that Ronald L. Marmer shall be admitted to the Bar of this Court, *pro hac vice,* for the purpose of representing plaintiff Fannie Mae in the above-captioned case.

                                                                    _____
                                                                    Richard J. Leon
                                                                    United States District Court Judge

DATED: _____, 2007