A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fannie Mae

        Plaintiff(s)    )    **APPEARANCE**

vs.    )    CASE NUMBER   06-2111

KPMG, LLP

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Martina E. Vandenberg  as counsel in this
(Attorney's Name)

case for: Fannie Mae
(Name of party or parties)

9/13/07
Date

Signature

Martina E. Vandenberg
Print Name

476685
BAR IDENTIFICATION

Jenner & Block LLP 601 13th Street NW
Address

Washington, DC  20005
City    State    Zip Code

202-639-6046
Phone Number