IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Fannie Mae,<br>    *Plaintiff,*<br><br>vs.<br><br>KPMG LLP,<br>    *Defendant.* | Case No. 1:06CV02111 |

## MOTION FOR ADMISSION PRO HAC VICE

Upon the attached Declaration, Jerome L. Epstein hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting John C. O'Malley, Michael J. Avenatti, to the Bar of this Court, *pro hac* vice, for the purpose of representing Fannie Mae in the above-captioned case.

Mr. O'Malley is a member of good standing of the Bar of the State of California, and he has not been admitted *pro hac vice* within the last two years. A declaration attesting to these facts is attached.

Mr. Avenatti is a member of good standing of the Bar of the State of California, and he has not been admitted *pro hac vice* within the last two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant the Motion and enter an Order for admission of Mr. O'Malley and Mr. Avenatti *pro hac vice* in the above captioned case. A proposed order is attached.

Respectfully submitted,

**ON BEHALF OF FANNIE MAE**

_____/s/_____

JENNER & BLOCK LLP

Jerome L. Epstein (DC Bar #412824)
Jenner & Block LLP
601 13th Street, N.W., Suite 1200
Washington, D.C. 20005
202-639-6062 (voice)
202-639-6066 (fax)
jepstein@jenner.com

John C. O'Malley
Michael J. Avenatti
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
949-706-7000 (voice)
949-706-7050 (fax)
jomalley@eoalaw.com
mavenatti@eoalaw.com

Dated:  January 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae,<br>     *Plaintiff,*<br><br>vs.<br><br>KPMG LLP,<br>     *Defendant.* | Case No. 1:06CV02111 |

## **DECLARATION OF JOHN C. O'MALLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, John C. O'Malley, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is John Charles O'Malley.

2. I am a partner with Eagan O'Malley & Avenatti, LLP, 450 Newport Center Drive, Second Floor, Newport Beach, CA 92660. My office phone number is (949) 706-7000.

3. I am a member of the California Bar and the following Federal Bars: U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Southern District of California and U.S. District Court for the Central District of California.

4. I certify that I am a member in good standing of the California Bar and the above-listed Federal Bars, and that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Colombia.

SO SAYETH THE DECLARANT

*[signature]*

John C. O'Malley
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
949-706-7000 (voice)
949-706-7050 (fax)
jomalley@eoalaw.com

Counsel for Fannie Mae

Dated: January 3, 2008

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Fannie Mae,<br>    *Plaintiff,*<br><br>vs.<br><br>KPMG LLP,<br>    *Defendant.* | Case No. 1:06CV02111 |

# DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Michael J. Avenatti, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Michael J. Avenatti.

2. I am a partner with Eagan O'Malley & Avenatti, LLP, 450 Newport Center Drive, Second Floor, Newport Beach, CA 92660. My office phone number is (949) 706-7000.

3. I am a member of the California Bar and the following Federal Bars: U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. District Court for the Southern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, and U.S. District Court for the Eastern District of California.

4. I certify that I am a member in good standing of the California Bar and the above-listed Federal Bars, and that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Colombia.

SO SAYETH THE DECLARANT

_____
Michael J. Avenatti
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
949-706-7000 (voice)
949-706-7050 (fax)
mavenatti@eoalaw.com

Counsel for Fannie Mae

Dated:  January 3, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae,<br>    *Plaintiff,*<br><br>vs.<br><br>KPMG LLP,<br>    *Defendant.* | Case No. 1:06CV02111 |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declarations of John C. O'Malley and Michael J. Avenatti attached thereto filed January 3, 2008, it is hereby:

**ORDERED**, that John C. O'Malley and Michael J. Avenatti shall be admitted to the Bar of this Court, *pro hac vice,* for the purpose of representing plaintiff Fannie Mae in the above-captioned case.

                                                                    _____
                                                                    Richard J. Leon
                                                                    United States District Court Judge

Dated: January __, 2008