IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae,<br>    *Plaintiff,*<br>vs.<br>KPMG LLP,<br>    *Defendant.* | Case No. 1:06CV02111 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Upon the attached Declaration, Jerome L. Epstein hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting Alex Lipman, to the Bar of this Court, *pro hac vice*, for the purpose of representing Fannie Mae in the above-captioned case.

Mr. Lipman is a member of good standing of the Bar of the State of New York, and he has not been admitted *pro hoc vice* to the practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Lipman *pro hac vice* in the above captioned case. A proposed order is attached.

Respectfully submitted,

**ON BEHALF OF FANNIE MAE**

    /s/ Jerome L. Epstein

JENNER & BLOCK LLP

Jerome L. Epstein (DC Bar #412824)
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200
Washington, D.C. 20005
202-639-6062 (voice)
202-639-6066 (fax)
jepstein@jenner.com

Alex Lipman
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
(212) 891-1605 (phone)
(212) 891-1699 (facsimile)

Counsel for Fannie Mae

DATED:  January 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Fannie Mae,<br>　　*Plaintiff,*<br>vs.<br><br>KPMG LLP,<br>　　*Defendant.* | Case No. 1:06CV02111 |

### DECLARATION OF ALEX LIPMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Alex Lipman, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Alex Lipman.

2. I am a partner with Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022-3908. My office phone number is (212) 891-1605.

3. I am a member of the New York Bar and the following federal Bars: U.S. District Courts for the Southern District of New York, and Eastern District of New York.

4. I certify that I am a member in good standing of the New York Bar and the above-listed federal Bars, and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

_____
Alex Lipman
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
(212) 891-1605 (phone)
(212) 891-1699 (facsimile)

Counsel for Fannie Mae

DATED: January 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae,<br>    *Plaintiff*,<br>vs.<br><br>KPMG LLP,<br>    *Defendant*. | Case No. 1:06CV02111 |

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Alex Lipman attached thereto filed January 9, 2008, it is hereby:

**ORDERED**, that Alex Lipman shall be admitted to the Bar of this Court, *pro hac vice,* for the purpose of representing plaintiff Fannie Mae in the above-captioned case.

_____
Richard J. Leon
United States District Court Judge

DATED: _____, 2008