**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE, *Plaintiff*, v. KPMG LLP, *Defendant*. | No. 1:06-cv-02111 (RJL) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN C. DICKEY

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Andrew S. Tulumello, counsel for KPMG LLP, respectfully moves this Court for an order admitting Jonathan C. Dickey to the Bar of this Court, *pro hac vice*, for the purpose of representing KPMG LLP in the above captioned cases. Mr. Dickey is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Dickey to appear before this Court.

Mr. Dickey is a member of good standing of the Bar of the State of California, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Dickey *pro hac vice* in the above captioned cases. A proposed order is attached.

DATED: February 15, 2008

Respectfully submitted,

 /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Michael F. Flanagan (D.C. Bar No. 435942)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Osorio (D.C. Bar No. 477594)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant KPMG LLP*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 15, 2008, I caused a copy of the foregoing to be transmitted to counsel registered to receive electronic service.

                                                 /s/ Claudia M. Osorio
                                                Claudia M. Osorio

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |
| FANNIE MAE,<br><br>*Plaintiff*,<br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN C. DICKEY

I, Jonathan C. Dickey, declare and state as follows:

1. My full name is Jonathan C. Dickey.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, New York 10166. My office telephone number is (212) 351-2399.

3. I am a member in good standing of the Bar of the State of California.

4. I have been admitted to practice before the all state courts of the State of California, the United States District Courts for the Northern District of California, the Central District of California, and the Southern District of California, the Ninth Circuit Court of Appeals, and the United States Tax Court.. I am a member in good standing of these courts.

5. I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2008

*Jonathan C. Dickey*
Jonathan C. Dickey

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE, *Plaintiff*, v. KPMG LLP, *Defendant*. | No. 1:06-cv-02111 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Jonathan C. Dickey, it is, on this _____ day of _____ 2008, hereby

ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Jonathan C. Dickey be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned cases.

_____
Judge Richard J. Leon, United States
District Court for the District of Columbia