**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE, *Plaintiff*, v. KPMG LLP, *Defendant*. | No. 1:06-cv-02111 (RJL) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF M. BYRON WILDER

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Andrew S. Tulumello, counsel for KPMG LLP, respectfully moves this Court for an order admitting M. Byron Wilder to the Bar of this Court, *pro hac vice*, for the purpose of representing KPMG LLP in the above captioned cases. Mr. Wilder is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Wilder to appear before this Court.

Mr. Wilder is a member of good standing of the Bar of the State of California and of the Bar of the State of Texas, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Wilder *pro hac vice* in the above captioned cases.  A proposed order is attached.

DATED: February 15, 2008

Respectfully submitted,

 /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Michael F. Flanagan (D.C. Bar No. 435942)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Osorio (D.C. Bar No. 477594)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant KPMG LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

                                                                  /s/ Claudia M. Osorio
                                                                 Claudia M. Osorio

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br>*Plaintiffs*, <br>v. <br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |
| FANNIE MAE, <br><br>*Plaintiff*, <br><br>v. <br><br>KPMG LLP, <br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**
**_PRO HAC VICE_ OF M. BYRON WILDER**

I, M. Byron Wilder, declare and state as follows:

1. My full name is Melvin Byron Wilder.

2. I am a partner with the law firm Gibson, Dunn & Crutcher LLP. My office address is 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201. My office telephone number is (214) 698-3231.

3. I am a member in good standing of the Bar of the State of California and of the Bar of the State of Texas.

4. In addition, I have been admitted to practice before the following federal courts:

   Northern District of California

   Central District of California

   Southern District of California

   Northern District of Texas

   Southern District of Texas

   Eastern District of Texas

   Western District of Texas

   5th Circuit Court of Appeals

   9th Circuit Court of Appeals

   I am a member in good standing of these courts.

5. I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 11, 2008

_____
M. Byron Wilder

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE, *Plaintiff*, v. KPMG LLP, *Defendant*. | No. 1:06-cv-02111 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of M. Byron Wilder, it is,

on this _____ day of _____ 2008, hereby

ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that M. Byron Wilder be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned cases.

_____
Judge Richard J. Leon, United States
District Court for the District of Columbia