**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME**

KPMG LLP, with the consent and agreement of Fannie Mae, respectfully requests an extension of time within which to file its answer or otherwise move in response to Fannie Mae's amended complaint. The answer or other responsive pleading is currently due to be filed March 11, 2008. KPMG respectfully requests the deadline be extended to and including April 10, 2008. A proposed order is attached.

Dated: March 11, 2008

Respectfully submitted,

   /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Scott Fink (*pro hac vice*)
Michael F. Flanagan (D.C. Bar No. 435942)
Andrew S. Tulumello (D.C. Bar. No. 468351)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |

**[PROPOSED] ORDER**

The Court hereby [GRANTS/DENIES] the Consent Motion for Extension of Time and ORDERS that KPMG LLP shall file its answer or otherwise move in response to Fannie Mae's amended complaint on or before April 10, 2008.


IT IS SO ORDERED on this ____ day of _____, 2008.


_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

I hereby certify that I caused copies of the foregoing to be transmitted via electronic mail to the following counsel:

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Lead Plaintiffs*

Frank J. Johnson
Johnson Bottini, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Joseph M. Terry, Jr.
John E. Clabby
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

William H. Jeffress
Julia E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

Robert W. Liles
Liles Parker, PLLC
4400 MacArthur Blvd., N.W.
Suite 203
Washington, DC 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Caroline E. Reid
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Heather H. Martin
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Rhonda D. Orin
Anderson Kill & Olick, P.C.
2100 M Street, N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

*Counsel for Defendant Jamie S. Gorelick*

John H. Doyle, III  
Reed Smith LLP  
599 Lexington Ave.  
New York, NY 10022-7650  
*Counsel for Defendant Leslie Rahl*

Shannon Ratliff  
Ratliff Law Firm, PLLC  
600 Congress Avenue  
Suite 3100  
Austin, TX 78701  
*Counsel for Manuel Justiz*

Cristen Sikes Rose  
Edward S. Scheideman III  
John J. Clarke, Jr.  
DLA Piper US LLP  
1200 19th Street, N.W.  
Washington, D.C. 20036  
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Seth Aronson  
O'Melveny & Myers LLP  
400 South Hope Street, 15th Floor  
Los Angeles, Ca. 90071  
*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

William K. Dodds  
Neil A. Steiner  
Dechert LLP  
30 Rockefeller Plaza  
New York, NY 10112  
*Counsel for Defendant Thomas P. Gerrity*

James D. Wareham  
Paul, Hastings, Janofsky & Walker LLP  
875 15th Street, N.W., Suite 12  
Washington, D.C. 20005  
*Counsel for Defendant Daniel H. Mudd*

Barbara Van Gelder  
Morgan, Lewis & Bockius LLP  
111 Pennsylvania Ave., NW  
Washington, DC 20004  
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

David I. Ackerman  
James Hamilton  
Bingham McCutchen LLP  
2020 K Street, N.W.  
Washington, D.C. 20006  
*Counsel for Defendant Joe Pickett*

Ian H. Gershengorn  
Jerome L. Epstein  
Jenner & Block  
601 13th Street, NW  
Suite 1200S  
Washington, DC 20005  
*Counsel for Fannie Mae*

J. C. O'Malley  
Michael J. Avenatti  
Eagan O'Malley & Avenatti, LLP  
450 Newport Center Drive, 2nd Floor  
Newport Beach, CA 92660  
*Counsel for Fannie Mae*

/s/ Justin S. Herring  
Justin S. Herring