IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Fannie Mae Securities Litigation | ) ) ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639<br><br>Judge Richard J. Leon |
| Fannie Mae,<br><br>vs.<br><br>KPMG, | ) ) ) ) ) ) ) ) | Case No. 1:06CV02111 |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of Court and All Parties of Record:

Please enter the appearance of Craig A. Cowie, as counsel in this case for Fannie Mae.

Respectfully Submitted,

Dated: April 21, 2008

Craig A. Cowie, Esq.
D.C. Bar No. 213724
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C. 20005
Tel:    (202) 639-6064
Fax:   (202) 639-6066