**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 |
| | Judge Richard J. Leon |
| Fannie Mae, | Case No. 1:06CV02111 |
| vs. | |
| KPMG. | |

**NOTICE OF CHANGE OF ADDRESS**

     PLEASE TAKE NOTICE that the address of the Washington, D.C. office of Jenner & Block LLP, counsel for Fannie Mae, has changed, and effective May 24, 2008 all notices, correspondence and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412.  Our telephone and fax numbers will remain unchanged.

Respectfully Submitted,

/s/ Ian H. Gershengorn

Dated: May 23, 2008

Ian H. Gershengorn, Esq.
D.C. Bar No. 448475
JENNER & BLOCK LLP
601 13th Street, N.W., Suite 1200S
Washington, D.C.  20005
Tel:    (202) 639-6083
Fax:    (202) 639-6066

**New address:**

Ian H. Gershengorn, Esq.
D.C. Bar No. 448475
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C.  20001-4412
Tel:    (202) 639-6083
Fax:    (202) 639-6066

**CERTIFICATE OF SERVICE**

      I certify that on May 23, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                     /s/ Jerome L. Epstein
                                                       Jerome L. Epstein