**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action |
| ) | No. 1:04-cv-1639 |
| ) | |
| ) | Judge Richard J. Leon |
| ) | |
| ) | |
| Fannie Mae, ) | Case No. 1:06CV02111 |
| ) | |
| vs. ) | |
| ) | |
| KPMG. ) | |

**NOTICE OF CHANGE OF ADDRESS**

     PLEASE TAKE NOTICE that the address of the Washington, D.C. office of Jenner & Block LLP, counsel for Fannie Mae, has changed, and effective May 24, 2008 all notices, correspondence and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412. Our telephone and fax numbers will remain unchanged.

     Respectfully Submitted,

     /s/ Jerome L. Epstein

Dated: May 23, 2008     Jerome L. Epstein, Esq.
     D.C. Bar No. 412824
     JENNER & BLOCK LLP
     601 13th Street, N.W., Suite 1200S
     Washington, D.C. 20005
     Tel:   (202) 639-6062
     Fax:   (202) 639-6066

**New address:**

Jerome L. Epstein, Esq.
D.C. Bar No. 412824
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001-4412
Tel:   (202) 639-6062
Fax:   (202) 639-6066

**CERTIFICATE OF SERVICE**

  I certify that on May 23, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                /s/ Jerome L. Epstein
                Jerome L. Epstein