IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FANNIE MAE,<br><br>    *Plaintiff*,<br><br>v.<br>KPMG LLP,<br><br>    *Defendant*. | No. 1:06-cv-02111 (RJL) |

### NOTICE OF APPEARANCE OF EDWARD MAGINNIS

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 26th day of June 2008.

    /s/ Edward Maginnis
Edward Maginnis (D.C. Bar No. 489449)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 383-7141
Facsimile: (202) 383-6610

*Counsel for KPMG LLP*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted on June 26, 2008, to the following counsel registered to receive electronic service:

Ian H. Gershengorn
Jerome L. Epstein
Jenner & Block LLP
601 13th Street, N.W.
Washington, D.C. 20005
*Counsel for Fannie Mae*

J.C. O'Malley
Michael J. Avenatti
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
*Counsel for Fannie Mae*

                                                        /s/ Edward Maginnis
                                                        Edward Maginnis