**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FANNIE MAE,<br><br>    *Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>    *Defendant*. | No. 1:06-cv-02111 (RJL) |

### NOTICE OF APPEARANCE OF JONATHAN K. TYCKO

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 26th day of June, 2008.

      /s/ Jonathan K. Tycko
Jonathan K. Tycko (D.C. Bar No. 445851)
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 26th day of June, 2008, I caused the foregoing to be filed, and served on the counsel listed below, via the Court's electronic filing system:

Craig A. Cowie
Jerome Louis Epstein
Jenner & Block LLP
601 13th Street, N.W.
Suite 1200S
Washington, D.C. 20005
*Counsel for Fannie Mae*

J.C. O'Malley
Michael J. Avenatti
Eagan O'Malley & Avenatti, LLP
450 Newport Center Drive
2nd Floor
Newport Beach, CA 92660
*Counsel for Fannie Mae*

David W. DeBruin
Ian Heath Gershengorn
Martina E. Vandenberg
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001
*Counsel for Fannie Mae*

Andrew Santo Tulumello
Claudia M. Osorio
Henry Charles Whitaker
Melanie L. Katsur
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5303
*Counsel for KPMG LLP*

Alex Lipman
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022-3908
*Counsel for Fannie Mae*

Edward Hallett Maginnis
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for KPMG LLP*

Ronald L. Marmer
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
*Counsel for Fannie Mae*

Jonathan C. Dickey
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Counsel for KPMG LLP*

M. Byron Wilder  
Gibson, Dunn & Crutcher LLP  
2100 McKinney Avenue  
Suite 1100  
Dallas, TX 75201  
*Counsel for KPMG LLP*

Scott A. Fink  
Gibson, Dunn & Crutcher LLP  
One Montgomery Street  
Suite 3100  
San Francisco, CA 94104-4505  
*Counsel for KPMG LLP*

        /s/ Jonathan K. Tycko