IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FANNIE MAE,<br><br>    *Plaintiff,*<br><br>v.<br><br>KPMG LLP,<br><br>    *Defendant.* | No. 1:06-cv-02111 (RJL) |

## NOTICE OF APPEARANCE OF BRADLEY J. LINGO

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 26th day of June 2008.

                        /s/ Bradley J. Lingo
                        Bradley J. Lingo (D.C. Bar No. 490131)
                        GIBSON, DUNN & CRUTCHER LLP
                        1050 Connecticut Avenue N.W.
                        Washington, D.C.  20036
                        Telephone: (202) 955-8500
                        Facsimile: (202) 530-9683

                        *Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted on June 26, 2008, to the following counsel registered to receive electronic service:

| | |
|---|---|
| Jerome L. Epstein<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, D.C. 20001-4412<br>*Counsel for Fannie Mae* | J. C. O'Malley<br>Michael J. Avenatti<br>Eagan O'Malley & Avenatti, LLP<br>450 Newport Center Drive, 2nd Floor<br>Newport Beach, CA 92660<br>*Counsel for Fannie Mae* |

/s/ Justin Herring
Justin Herring