## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fannie Mae,  )<br>　　　Plaintiff,  )<br>　　　　　　　　)<br>v.　　　　　　　 )　　No. 1:06-CV-02111 (RJL)<br>　　　　　　　　)<br>KPMG LLP,  )<br>　　　Defendant.  )<br>　　　　　　　　) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance from this case. I am no longer employed by Gibson, Dunn & Crutcher LLP. The other Gibson Dunn attorneys who have appeared will continue to represent KPMG LLP in this matter.

Dated: July 21, 2008　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 /s/ Henry Whitaker
　　　　　　　　　　　　　　　　　　　　　　Henry Whitaker (D.C. Bar No. 499210)

**CERTIFICATE OF SERVICE**

     On July 21, 2008, I electronically filed the foregoing with the Clerk of this Court, which sends notice of that filing to counsel of record in this matter who are registered on the CM/ECF system.

                                                  /s/ Henry Whitaker
                                                    Henry Whitaker