## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE,<br><br>*Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF GEORGE H. BROWN

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Claudia M. Barrett, counsel for KPMG LLP, respectfully moves this Court for an order admitting George H. Brown to the Bar of this Court, *pro hac vice*, for the purpose of representing KPMG LLP in the above captioned cases.  Mr. Brown is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Brown to appear before this Court.

Mr. Brown is a member of good standing of the Bar of the State of California, and he has not been admitted *pro hac vice* to practice before this Court within the past two years.  A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Brown *pro hac vice* in the above captioned cases.  A proposed order is attached.

DATED: September 3, 2008

Respectfully submitted,

 /s/ Claudia M. Barrett
F. Joseph Warin (D.C. Bar No. 235978)
Michael F. Flanagan (D.C. Bar No. 435942)
Andrew S. Tulumello (D.C. Bar No. 468351)
Claudia M. Barrett (D.C. Bar No. 477594)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant KPMG LLP*

George Brown pro hac.DOC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 3, 2008, I caused a copy of the foregoing to be transmitted to counsel registered to receive electronic service.

  /s/ Claudia M. Barrett
Claudia M. Barrett

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FANNIE MAE, *Plaintiff,* v. KPMG LLP, *Defendant.* | No. 1:06-cv-02111 (RJL) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE* OF GEORGE H. BROWN**

I, George Brown, declare and state as follows:

1.  My full name is George Howard Brown.

2.  I am an attorney at the law firm Gibson, Dunn & Crutcher LLP.  My office address is 1881 Page Mill Road, Palo Alto, California 94304.  My office telephone number is (650) 849-5300.

3.  I am a member in good standing of the Bar of the State of California.

4.  I have been admitted to practice before the Ninth Circuit Court of Appeals, the Northern District of California, and the Central District of California.  I am a member in good standing of these courts.

5.  I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6.  In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008.

_____
George H. Brown

100503473_1.DOC